**GREGORY J. KOEBEL**
**ROBERT J. O'CONNOR**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff John K. Baldwin*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN K. BALDWIN**,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**UNITED STATES OF AMERICA**,  )<br>)<br>Defendant.  )<br>)_____) | **CIVIL CASE NO. 08-0024**<br><br><br><br><br>**MOTION FOR ORDER SHORTENING TIME** |

COMES NOW, Plaintiff John K. Baldwin, through his attorneys, and hereby respectfully moves for an order shortening time.  The Plaintiff has concurrently filed an Emergency Motion for Temporary Restraining Order and a Motion to File Documents Under Seal in the above-captioned matter.  As set forth in the Emergency Motion for Temporary Restraining Order, this matter is extremely time sensitive, thus necessitating this Motion to Shorten Time.

This Motion is supported by the concurrently filed Affidavit of Counsel pursuant to Local Rule 7.1.h.5.  Said Affidavit is hereby incorporated by this reference.

Respectfully submitted this 30th day of May, 2008.

          O'CONNOR BERMAN DOTTS & BANES
          Attorneys for John K. Baldwin


        By: _____/s/_____
          GREGORY J. KOEBEL

K:/3495-01 Baldwin/3495-01-080530-MotionShortenTime.doc