**GREGORY J. KOEBEL**
**ROBERT J. O'CONNOR**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff John K. Baldwin*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **JOHN K. BALDWIN** ) | CIVIL CASE NO. 08-0024 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **DECLARATION OF COUNSEL** |
| **UNITED STATES OF AMERICA,** ) | **IN SUPPORT OF MOTION** |
| ) | **TO SHORTEN TIME** |
| **Defendant.** ) | |
| ) | |

I, Gregory J. Koebel, declare under the penalty of perjury according to the laws of the Commonwealth of the Northern Mariana Islands and the United States of America, that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. I am a partner with O'Connor, Berman, Dotts & Banes, the attorneys of record for the Plaintiff in the above-entitled action.

2. I am duly authorized to practice law before this Court.

3. I have served Craig Moore of the United States Attorney's Office with a copy of the Complaint filed on May 30, 2008.

4. The Complaint as filed alleges that certain irreparable harm will befall the Plaintiff if the Temporary Restraining Order is not issued.

5. On May 30, 2008, I contacted the U.S. Attorney's Office on Saipan by telephone to inform them of my intent to file this Motion. When I called, no one in the Office was available and I left a message with my name and reason for the filing of this Motion. Later in the day, Jessica Cruz from the U.S. Attorney's Office in Guam contacted me. Ms. Cruz could not stipulate to a hearing time for the TRO and filing under seal motions without conferring with others in the US government, so I stated that I would request a hearing for Friday, June 6, 2008 in the hopes that we could work something out before then. Ms. Cruz agreed that this would be a good manner in which to proceed.

6. This Motion is presently being filed to calendar hearings on Plaintiff's motion to file tax documents under seal and motion for Temporary Restraining Order at the Court and counsels' earliest convenience.

7. Plaintiff requests that the Court schedule the hearing, if possible, on Friday, June 6, 2008.

2

Signed under penalty of perjury, on Saipan, Commonwealth of the Northern Mariana Islands, this 30th day of May, 2008.

_____/s/_____
Gregory J. Koebel, Esq.

*K:/3495-01 Baldwin/3495-01-080530-DecGregMotionShortenTime.doc*