FILED
Clerk
District Court

JUN -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN K. BALDWIN, | ) | Civil Action No. 08-0024 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | HEARING ON PLAINTIFF'S |
| UNITED STATES OF AMERICA, | ) | MOTION FOR TEMPORARY |
| | ) | RESTRAINING ORDER |
| Defendant | ) | |
| | ) | |

IT IS ORDERED that a hearing on plaintiff's motion for a temporary restraining order be and hereby is set for Friday, June 6, 2008, at 9:00 a.m..

DATED this 2nd day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)