FILED
Clerk
District Court

JUN -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN, ) | Civil Action No. 08-0024 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER ALLOWING |
| ) | DOCUMENTS TO BE |
| UNITED STATES OF AMERICA, ) | FILED UNDER SEAL |
| ) | |
| Defendant ) | |

THE COURT has reviewed plaintiff's motion to file documents under seal and finds that it is well-taken. Accordingly,

IT IS ORDERED that plaintiff may file the documents under seal until this court has considered its jurisdiction and ruled on pending motions, at which time it will re-visit the issue. The documents will not be unsealed without notice and an opportunity to be heard.

DATED this 3rd day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)