# United States District Court

DISTRICT OF NORTHERN MARIANA ISLANDS

JOHN K. BALDWIN

V.

UNITED STATES OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08 0024

TO: (Name and address of defendant)
Craig Moore, US Attorneys Office
for the District of the Northern Marianas
Islands, Horiguchi Building, Garapan
Saipan, MP 96950

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
MAY 30 2008
RECEIVED

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGORY J. KOEBEL
O'CONNOR BERMAN DOTTS & BANES
SECOND FLOOR, MARIANAS BUSINESS PLAZA
P.O. BOX 501969
SAIPAN, MP 96950

an answer to the complaint which is herewith served upon you, within **Sixty days (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

(BY) DEPUTY CLERK

DATE: MAY 30 2008

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/30/08 |
| NAME OF SERVER (PRINT) Rosemarie G. Agulto | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Served upon Eric O'Malley, U.S. Attorney's Office, Horiguchi Bldg., Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 30, 2008
             Date

Rosemarie G. Agulto
Signature of Server

P.O. Box 501969, Saipan, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.