GREGORY J. KOEBEL
ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

*Attorneys for Plaintiff John K. Baldwin*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN, | CIVIL CASE NO. 08-0024 |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The undersigned does hereby certify that two (2) copies of Plaintiff's Original Complaint and Application for Injunctive Relief and the Summons was served as follows:

By certified mail, return receipt requested on May 30, 2008 upon:

Hon. Michael Mukasey
Attorney General of the United States
Attention: Rick Ward, Tax Division
10th and Pennsylvania Ave., NW
Washington, D.C. 20530

Rosalee Hofman (#59-00862)
Internal Revenue Service
850 Trafalgar Court, Suite 200, Stop 4366,
Maitland, FL 32751

Dated this 2nd of June, 2008.

_____
Rosemarie G. Agulto

K:\Greg Koebel\3495-01 Baldwin v USA\Pleadings\3495-01-080602-Proof of Service (mail).doc



