LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
JESSICA F. CRUZ
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7215/7334

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Western.TaxCivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV 08-0024<br><br>**STIPULATION TO STRIKE THE JUNE 6, 2008 HEARING AND SET A PRELIMINARY INJUNCTION HEARING IN APPROXIMATELY 120 DAYS** |

WHEREAS, on May 30, 2008, Plaintiff, John K. Baldwin, filed his Original Complaint and Application for Injunctive Relief along with an Emergency Motion for Temporary Restraining Order ("Motion for TRO");

WHEREAS, on June 2, 2008, the Court entered an Order setting a hearing on the Motion for TRO on June 6, 2008 at 9:00 a.m.;

WHEREAS, due to the allegations made in the Complaint and Motion for TRO regarding a portion of a tax assessment against plaintiff that plaintiff claims is improper, plaintiff seeks an injunction against further collection action with respect to that portion of the assessment which pertains to a

-1-

1. disallowance of a partnership loss of $5,603,892;
2. WHEREAS, the United States would like a sufficient amount of time to review the validity of
3. that portion of the assessment challenged by plaintiff;
4. WHEREAS, the United States agrees to freeze and suspend any collection action with respect to
5. the amount of the assessment for a period of 120 days from the date of this stipulation;
6. WHEREAS, if the United States agrees to abate that portion of the assessment which pertains to
7. a disallowance of a partnership loss of $5,603,892, then plaintiff agrees to full pay the entire remaining
8. portion of the assessment within 30 days of any such abatement and should plaintiff fail to abide by this
9. agreement, then he waives any right he may have to contest in any manner, at any time, and in any forum
10. the portion of the assessment not abated.
11. WHEREAS, the parties agree that the Court should strike the hearing on the Motion for TRO and
12. set a preliminary injunction hearing for October 2, 2008, or as soon thereafter, to give the parties
13. sufficient time to try to reach a resolution of the matters raised in the complaint.
14. NOW, THEREFORE, in light of the foregoing recitals, the parties, through their
15. respective undersigned counsel, stipulate to continue the case and jointly request the Court to
16. enter an Order granting the request to strike the June 6, 2008 hearing and set a hearing for preliminary
17. injunction on October 2, 2008, or as soon thereafter as possible.
18. ///
19. ///
20. ///
21. ///
22. ///
23. ///
24. ///
25. ///
26. ///
27. ///
28.

-2-

Case No. CV 08-0024

1  IT IS SO STIPULATED.

3  Attorneys for the Plaintiff:
4  Dated: June 5, 2008

GREGORY J. KOEBEL
ROBERT J. O'CONNOR
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950

9  Attorneys for the Defendant:
10 Dated: June 4, 2008

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney

-3-

Case No. CV 08-0024