**GREGORY J. KOEBEL**
**ROBERT J. O'CONNOR**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff John K. Baldwin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **JOHN K. BALDWIN** | ) | **CIVIL CASE NO.  08-0024** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **[PROPOSED ORDER]** |
| | ) | **TAKING HEARING FOR TEMPORARY** |
| **UNITED STATES OF AMERICA,** | ) | **RESTRAINING ORDER  OFF-** |
| | ) | **CALENDAR AND SETTING** |
| **Defendant.** | ) | **PRELIMINARY INJUNCTION HEARING** |
| | ) | |
| _____ | ) | |

Good cause appearing, and the Parties having so stipulated, the Hearing on Plaintiff's

Emergency Motion for Temporary Restraining Order in the above-entitled matter, currently set

for Friday, June 6, 2008 at 9:00 a.m. is hereby TAKEN OFF-CALENDAR and a hearing on

Plaintiff's Motion for Preliminary Injunction is hereby set for October ___, 2008, at _____

a.m./p.m.


       SO ORDERED this _____.



                                    _____
                                    Judge Alex R. Munson
                                    Chief Judge, District for the Northern
                                    Mariana Islands