FILED
Clerk
District Court

JUN -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN, ) | Civil Action No. 08-0024 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER TAKING HEARING |
| ) | OFF-CALENDAR, SUBJECT |
| UNITED STATES OF AMERICA, ) | TO ITS BEING RE-NOTICED |
| ) | BY THE PARTIES AT A LATER |
| Defendant ) | DATE |
| _____ ) | |

PURSUANT TO the stipulation of the parties, filed today, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that **the hearing set for tomorrow, June 6, 2008, be and hereby is taken off-calendar**; and,

IT IS FURTHER ORDERED that the hearing may be re-scheduled in accordance with the local rules of this court, should the parties need the court's assistance in the future.

DATED this 5th day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)