JEREMY HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 353-2466
Fax: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Western.TaxCivil@usdoj.gov

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN K. BALDWIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: CV08-0024<br><br>**STIPULATION FOR EXTENSION OF TIME** |

WHEREAS, on May 30, 2008, Plaintiff, John K. Baldwin, filed his Original Complaint and Application for Injunctive Relief along with an Emergency Motion for Temporary Restraining Order;

1  WHEREAS, the United States of America's response to the original Complaint is due on
2  July 29, 2008;

3  WHEREAS, due to the complexity of the case, the United States requests additional time
4  to respond to the Original Complaint;

5  WHEREAS, the parties agree that, in light of the substantive nature of the case, an Order
6  Granting Extension of Time which grants the United States sixty (60) days from July 29, 2008 to
7  file its response is appropriate;

8  NOW, THEREFORE, in light of the foregoing recitals, the parties, through their
9  respective undersigned counsel, stipulate to continue the case and jointly request the Court to
10  enter an Order Granting Extension of Time.

11  SO STIPULATED: this 25th day of July, 2008.

O'CONNOR BERMAN DOTTS & BANES

 /s/ Gregory J. Koebel
GREGORY J. KOEBEL
ROBERT J. O'CONNOR
Attorneys for Plaintiff

16  SO STIPULATED: this 25th day of July, 2008.

JEREMY HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam & NMI

 /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Attorneys for the Defendant