FILED
Clerk
District Court

JUL 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOHN K. BALDWIN, | ) | Civil Action No. 08-0024 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER APPROVING |
| | ) | STIPULATION FOR EXTENSION |
| UNITED STATES OF AMERICA, | ) | OF TIME TO FILE RESPONSIVE |
| | ) | PLEADING |
| Defendant | ) | |
| | ) | |

PURSUANT TO the July 25, 2008, stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that defendant United States shall have an additional sixty (60) days from July 29, 2008, in which to file an answer or other responsive pleading.

DATED this 28th day of July, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)